UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THUMBS UP RACE SIX, LLC<br><br>v.<br><br>INDEPENDENT SPECIALTY INSURANCE COMPANY, AND CERTAIN UNDERWRITERS AT LLOYD'S AND OTHER INSURERS SUBSCRIBING TO BINDING AUTHORITY B604510568622021 | Case No. 22-2671<br><br>Judge Barry W. Ashe<br><br>Magistrate Judge Karen Wells Roby |

**MOTION TO COMPEL ARBITRATION AND TO STAY OR, ALTERNATIVELY, DISMISS THESE PROCEEDINGS**

Defendants Certain Underwriters at Lloyds, London and Other Insurers Subscribing to Binding Authority No. B604510568622021 and Independent Specialty Insurance Company (collectively, the "Insurer Defendants"), respectfully move the Court for an order (1) compelling Plaintiff to arbitrate its claims, and (2) staying these proceedings pending arbitration or, alternatively dismissing these proceedings in favor of arbitration.

The Defendants subscribed to an insurance contract issued to Thumbs Up Race Six, LLC ("Plaintiff"). The Plaintiff filed this suit alleging the Defendants breached their insurance contract and committed bad faith. The insurance policy includes a provision requiring arbitration of "all matters in dispute" between the parties relating to the policy's insurance. This arbitration agreement is enforceable under the Convention on the Recognition and Enforcement of Foreign Arbitral Awards and the Federal Arbitration Act. And, the Plaintiff's disputes here fall under the agreement. Accordingly, as explained at greater length in Defendants' memorandum in support, the Defendants respectfully ask the Court to compel arbitration. Additionally, the Defendants

respectfully ask for a stay of these proceedings under 9 U.S.C. § 3. Alternatively, the Court may instead dismiss the case in favor of arbitration.

                                        Respectfully submitted,

                                        **WOOD, SMITH, HENNING & BERMAN LLP**

                                        */s/ Lori D. Barker*
                                      Lori D. Barker (La. Bar No. 31687)
                                      1100 Poydras Street, Suite 2900
                                      New Orleans, Louisiana 70163
                                      Phone: (504) 386-9840
                                      Fax:    (504) 386-9841
                                      Email:   LBarker@wshblaw.com

                                      *Counsel for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above has been served upon all counsel of record as follows, via electronic mail, fax, and/or U.S. Mail, this 27th day of February, 2023.

    W. Patrick Klotz (#17877)
    909 Poydras Street, Suite 2950
    New Orleans, Louisiana 70112
    Phone: (504) 821-9900
    Fax: (504) 821-8080
    Email: pklotz@bellsouth.net

                                                            /s/ Laci N. Hamilton