UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THUMBS UP RACE SIX, LLC<br><br>v.<br><br>INDEPENDENT SPECIALTY INSURANCE COMPANY, AND CERTAIN UNDERWRITERS AT LLOYD'S AND OTHER INSURERS SUBSCRIBING TO BINDING AUTHORITY B604510568622021 | CASE NO. 22-2671<br><br><br>JUDGE BARRY W. ASHE<br><br><br>MAGISTRATE JUDGE KAREN WELLS ROBY |

## **ORDER**

Upon consideration of the foregoing Motion to Compel Arbitration and to Stay or, Alternatively, Dismiss the Proceedings filed by Defendants, Independent Specialty Insurance Company ("ISIC") and Certain Underwriters at Lloyd's, London Subscribing Binding Authority B604510568622021 ("Underwriters")  and for good cause shown;

IT IS HEREBY ORDERED that Defendant's Motion to Compel Arbitration and to Stay or, Alternatively, Dismiss the Proceedings is GRANTED and this matter is STAYED pending completion of the Arbitration.

New Orleans, Louisiana, this _____ day of _____, 2023

_____
BARRY W. ASHE
U.S. DISTRICT COURT JUDGE

28410654.1:11042-0393