UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THUMBS UP RACE SIX, LLC<br><br>v.<br><br>INDEPENDENT SPECIALTY INSURANCE COMPANY, AND CERTAIN UNDERWRITERS AT LLOYD'S AND OTHER INSURERS SUBSCRIBING TO BINDING AUTHORITY B604510568622021 | CASE NO. 22-2671<br><br>JUDGE BARRY W. ASHE<br><br>MAGISTRATE JUDGE KAREN WELLS ROBY |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion to Compel Arbitration filed by Independent Specialty Insurance Company ("ISIC") and Certain Underwriters at Lloyd's, London Subscribing Binding Authority B604510568622021 ("Underwriters") is noticed for submission on June 29, 2023 at 10:00 a.m. before Honorable Barry W. Ashe.

Respectfully submitted,

**WOOD, SMITH, HENNING & BERMAN LLP**

  /s/ Laci N. Hamilton
Lori D. Barker (La. Bar No. 31687)
Laci N. Hamilton (La. Bar No. 36771)
1100 Poydras Street, Suite 2900
New Orleans, Louisiana 70163
Phone: (504) 386-9840
Fax:    (504) 386-9841
Email:   LBarker@wshblaw.com
         Lhamilton@wshblaw.com
*Counsel for Defendants*

28411144.1:11042-0393